AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| DIAMOND A RANCH, WESTERN DIVISION, L.L.C., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-03478-CRC |
| WOLF, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Diamond A Ranch, Western Division, L.L.C., and Guadalupe Ranch Corporation   .

Date:   07/15/2024

/s/ Linda C. Bailey
*Attorney's signature*

Linda C. Bailey (D.C. Bar No. 985081)
*Printed name and bar number*

Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*Address*

lbailey@steptoe.com
*E-mail address*

(202) 429-3000
*Telephone number*

(202) 429-3902
*FAX number*